```
Joseph Mitchell
Canadian Illegal Alien State Prison
Prison # D-09632 (E-Wing-301L)
Post Office Box 689
Soledad, Ca. 93960

(Petitioner In Pro Se)
```

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

OCT - 2 2007

FILED_____ FILED
DOCKETED_____
DATE  OCT 02 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

\* \* \*

| | |
|---|---|
| JOSEPH MITCHELL,<br><br>    Petitioner-Appellant,<br><br>v.<br><br>UNITED STATES ATTORNEY GENERAL,<br>et al.,<br><br>    Defendant-Appellee. | Docket No.: 07-4619 SI (PR)<br><br>NOTICE OF APPEAL BEFORE THE NINTH CIRCUIT COURT OF APPEALS; FILED IN ACCORDANCE WITH ALL FEDERAL STATUTORY LAWS; AND IN ACCORDANCE WITH THE U.S. SUPREME COURT'S RECENT DECISION FERNANDEZ-VARGAS v. GONZALES, ___U.S.___, 126 S.Ct. 2422 (2006) |

TO THE HONORABLE PRESIDING JUSTICES

IN AND FOR THE NINTH CIRCUIT COURT OF APPEALS

    Petitioner, **Joseph Mitchell**, hereby Notifies this Honorable Ninth Circuit Court of Appeals Justices, that he is appealing the "Order of Dismissal" out of the Northern District Court of California. Petitioner asserts that the district court filed to follow the mandates set forth in **FERNANDEZ-VARGAS v. GONZALES**, ___U.S.___, 126 S.Ct. 2422 (2006) and **INS v. St. Cyr**, 533 U.S. 289, 316, 123 S.Ct. 2271 (2001), which reinforced Petitioner's contentions that the Immigration

Page-1-Notice of Appeal

and Nationality Technical Corrections Act of 1994, Pub.L. No. 103-416, 108 Stat. 4305 ("INTCA") **is not retroactive** to Petitioner's 1984 conviction and USINS detainer placement. Petitioner maintains that this Court's decision in **Garcia v. Taylor**, 40 F.3d 299, 301 (9th Cir.1994) should again to followed, and the decision of **Campos v. I.N.S.**, 62 F.3d 311 (9th Cir.1995) should **not** be followed based on the above U.S. Supreme Court decisions. Petitioner has now been in California State Prison custody for **23** years without any due process fair and impartial deportation hearing being held. Further, Petitioner set forth in his 28 U.S.C. §2241 petition that several areas of mandatory deportation laws are being violated by the failure of the San Jose "BICE" agents to activate a charging document with the State Prison Officials after **23** straight years of incarceration.

Wherefore, Petitioner graciously requests the issuance of appeal in this case.

Dated this 27th day of September, 2007.

Respectfully Submitted,

Joseph Mitchell
Canadian Illegal Alien
Petitioner In Pro Se
Without Bar Licensed Counsel

Page-2-Notice of Appeal

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

I, _____Joseph Mitchell_____, declare:
I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

Joseph Mitchell, CDCR #: D-09632
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: E-301-L
SOLEDAD, CA 93960-0689.

On Joseph Mitchell 9-27-07, I served the attached:

Application For COA

**Notice of Appeal**

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

Ninth Circuit Court of Appeals
Post Office Box 193939
San Francisco, Ca. 94119-3939

Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, Ca. 94102-7004

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 27th 2007.

Joseph Mitchell
*Joseph Mitchell*
Declarant  Pro Se Petitioner
Prisoner ID # D-09632 / E-301-L