```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017983
Cashier ID: aimacek
Transaction Date: 04/09/2008
Payer Name: WILLIE L PRIDGEN

NOTICE OF APPEAL DOCKETING FEE
For: JOSEPH MITCHELL
Case/Party: D-CAN-3-07-CV-004619-001
Amount:        $455.00

CHECK
Check/Money Order Num: 3112
Amt Tendered: $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

SI

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```