**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 15 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH MITCHELL, <br><br> Petitioner - Appellant, <br><br> v. <br><br> MICHAEL B. MUKASEY, Attorney General, <br><br> Respondent - Appellee. | No. 07-17065 <br><br> D.C. No. CV-07-04619-SI <br> Northern District of California <br> San Francisco <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
Susan Yvonne Illston, District Judge, Presiding

Submitted May 12, 2008[**]

Before: KOZINSKI, Chief Judge, THOMAS and CALLAHAN, Circuit Judges.

A review of the record and the response to this court's March 14, 2008 order to show cause indicates that the questions raised in this appeal are so insubstantial

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

KW/MOATT

as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard). Appellant is not in the custody of the Bureau of Immigration and Customs Enforcement ("ICE"). He therefore cannot challenge ICE's action or inaction regarding his removal. *See Campos v. INS*, 62 F.3d 311, 314 (9th Cir. 1995).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**