**FILED**

**JUN 10 2008**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH MITCHELL,<br><br>　　　　Petitioner - Appellant,<br><br>　v.<br><br>U.S. ATTORNEY GENERAL ALBERTO GONZALES,<br><br>　　　　Respondent - Appellee. | No. 07-17065<br><br>D.C. No. CV-07-04619-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

　　Petitioner's unopposed motion to extend time to file a petition for rehearing is denied as unnecessary. Pursuant to Federal Rule of Appellate Procedure 40(a)(1), any petition for rehearing is not due until the forty-fifth day after the May 15, 2008 entry of judgment.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Kathryn E. White
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

KW/MOATT