UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 08 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH MITCHELL,<br><br>        Petitioner - Appellant,<br><br>V.<br><br>US ATTORNEY GENERAL ALBERTO GONZALES,<br><br>        Respondent - Appellee. | No. 07-17065<br>D.C. No. CV-07-04619-SI<br>Northern District of California,<br>San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered 5/15/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk